SAMUEL R. & NANCY A. COLLETTO, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent
Colletto v. Commissioner
Docket No. 11565-99
United States Tax Court
2000 Tax Ct. Memo LEXIS 130; February 3, 2000, Decided *130 EILEEN C. SEAMAN, Counsel for Petitioner. Greenwich, CT.
STUART L. BROWN, Chief Counsel, Internal Revenue Service.
MICHAEL P. BRETON, Attorney.
GERALD A. THORPE, District Counsel, East Hartford, CT. Thomas B. Wells, Judge WELLS
DECISION
Pursuant to agreement of the parties in this case, it is ORDERED AND DECIDED: That there are no deficiencies in income tax due from, nor overpayments due to, the petitioners for the taxable years 1995 and 1996; and
That there are no penalties due from the petitioners for the taxable years 1995 and 1996, under the provisions of I.R.C. § 6662(a).
* * * * It is hereby stipulated that the Court may enter the foregoing decision in this case.
It is further stipulated that the petitioners are entitled to litigation and administrative costs under I.R.C. § 7430 in the amount of $ 3,403.00.
Thomas B. Wells
Judge.